IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Michael Whetstone, ) | |
| James Whetstone, & ) | |
| Alton Whetstone, ) | |
|     Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | Case No. 2:25-cv-00050-Z-BV |
| ) | |
| Officer Charles Wheeler, individually, ) | |
| Officer Randy Rice, individually, ) | |
| Officer Jacob Cochran, individually, ) | |
| Officer Dan Harris, individually, ) | |
| Unidentified Officer #3, individually, ) | |
| Officer Armando Adame, individually, & ) | |
| Officer Colby Copeland, individually, ) | |
|     Defendants. ) | |

---

**PLAINTIFFS' RESPONSE TO**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    NOW COME Plaintiffs in the above-captioned matter, by and through counsel, and hereby file their response to Defendants' motion for summary judgment. (Doc. #32–34).

    A brief in opposition to Defendants' motion for summary judgment that sets forth the argument and authorities on which Plaintiffs rely is filed separately pursuant to Local Rule 56.5. Each of the matters required by Local Rule 56.4(a) are set forth in the brief.

    WHEREFORE, Plaintiffs request that Defendants' motion for summary judgment be denied.

1

Respectfully submitted for Plaintiffs,

/s/Ross A. Brennan
Cronauer Law, LLP
7500 Rialto Blvd, Bldg 1, Ste 250
Austin, TX 78735
512-733-5151
ross@cronauerlaw.com

-and-

Blake Scott
Attorney Dean Boyd PLLC
4423 SW 45th Ave
Amarillo, TX 79109
806-242-3333
blake@deanboyd.com